O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2280 AHM (AGRx) | Date | September 30, 2009 |
|---|---|---|---|
| Title | JOSEPH CORONA v. ALLIED INTERSTATE, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

    Good cause having been shown, the Court ORDERS Defendant Allied Interstate, Inc. to pay counsel for Plaintiff $250.00 as attorneys' fees.

                                                                        :
                                                Initials of Preparer    SMO

**JS-6**